

**From:** Laura Mannino ▮▮▮▮▮▮▮▮▮▮
**Date:** June 1, 2026 at 5:10:08 PM EDT
**To:** MANNINO ▮▮▮▮▮▮▮▮▮▮
**Subject: Fwd: Thank you for shopping with American Girl!**

---------- Forwarded message ---------
From: <retailservice@americangirl.com>
Date: Mon, Dec 29, 2025 at 11:54 AM
Subject: Thank you for shopping with American Girl!
To: ▮▮▮▮▮▮▮▮▮▮

# Thank you for shopping with us!

---

Your receipt for order **#PS01691143**

New York

[75 Rockefeller Plaza](#)

[New York, NY, US](#)
[10019](#)
(877) 247-5223

Transaction Date: Dec 29, 2025 11:54:49 AM
Print Date: Dec 29, 2025 11:54:54 AM

Associate Id:  916050

Receipt Print Count: 1

Number Of Line Items: 22

Receipt Id: 1651-165109-2025-00008715

Notes:

SALE

| Order # | Store # | Transaction # | Register # | Order Date |
|---|---|---|---|---|
| PS01691143 | 1651 | 1651-165109-20251229115435-42-0 | 165109 | Dec 29, 2025 11:54:48 AM |

| ITEM | DESCRIPTION | QTY | PRICE | SUBTOTAL |
|---|---|---|---|---|
| | HAPPY BDAY OUTFIT-TM D<br><br>SKU: HWW66-RF1B<br><br>UPC: 194735326266<br><br>TVA: NY STATE TAX | 1 | $38.00 | $38.00 |

Case 2:26-cv-06669    Document 1-1    Filed 06/19/26    Page 3 of 12    Page ID #:5

Styled By You with 1 Pet                                        $-3.24

---



STAR SQUAD
PUPPY-TM D

SKU: JFB48-
RF1A

UPC:                        1   $34.00                $34.00
194735292424

TVA: NY STATE
TAX

Styled By You with 1 Pet                                        $-2.90

---



TRULY ME DOLL
GT107-TM D

SKU: JFH02-
RF1A

UPC:                        1   $135.00               $135.00
194735296859

TVA: NY STATE
TAX

Styled By You with 1 Pet                                        $-11.52

---



AG DOLL
CARRIER-RT G

SKU: HRN83-
MF1A

UPC:
194735182077

1  $40.00

$40.00

TVA: NY STATE
TAX

Styled By You with 1 Pet

$-3.41



STYLED BY YOU
EXP PET

SKU: SBYPET

UPC:
550402934095

1  $0.00

$0.00

TVA: NY STATE
TAX



PURPL POM
PHONE ACCY-
TM D

SKU: HVX51-
RF1A

UPC:
194735209378

1  $22.00

$22.00

TVA: NY STATE
TAX

| | | | |
|---|---|---|---|
| Styled By You with 2 Accessories | | | $-2.74 |

| | | | | |
|---|---|---|---|---|
|  | PURPL POM PHONE ACCY-TM D<br><br>SKU: HVX51-RF1A<br><br>UPC: 194735209378<br><br>TVA: NY STATE TAX | 1 | $22.00 | $22.00 |

| | | | |
|---|---|---|---|
| Styled By You with 2 Accessories | | | $-2.74 |

| | | | | |
|---|---|---|---|---|
| | HAPPY BDAY OUTFIT-TM D<br><br>SKU: HWW66-RF1B<br><br>UPC: 194735326266<br><br>TVA: NY STATE TAX | 1 | $38.00 | $38.00 |

| | | | |
|---|---|---|---|
| Styled By You with 1 Pet | | | $-3.24 |

AG DOLL
CARRIER-RT G

SKU: HRN83-
MF1A

UPC:
194735182077

1  $40.00

$40.00

TVA: NY STATE
TAX



Styled By You with 1 Pet

$-3.41

TRULY ME DOLL
GT103-TM D

SKU: JFG99-
RF1A

UPC:
194735296989

1  $135.00

$135.00

TVA: NY STATE
TAX

Styled By You with 1 Pet

$-11.55

STYLED BY YOU
EXP ACC

SKU: SBYACC

UPC:
550402933944

1  $0.00

$0.00

TVA: NY STATE
TAX

TRULY ME DOLL
GT107-TM D

SKU: JFH02-
RF1A



UPC:                 1  $135.00              $135.00
194735296859

TVA: NY STATE
TAX

Styled By You with 2
Accessories                                   $-16.81

PURRPLEY PINK
KITTY-TM D

SKU: HHH75-
RF1B



UPC:                 1  $32.00               $32.00
194735235414

TVA: NY STATE
TAX

Styled By You with 1 Pet                      $-2.73

1  $38.00               $38.00



HAPPY BDAY
OUTFIT-TM D

SKU: HWW66-
RF1B

UPC:
194735326266

TVA: NY STATE
TAX

Case 2:26-cv-06669    Document 1-1    Filed 06/19/26    Page 8 of 12    Page ID #:10

| Styled By You with 2 Accessories | | | $-4.73 |



| AG DOLL CARRIER-RT G | | | |
| SKU: HRN83-MF1A | | | |
| UPC: 194735182077 | 1 | $40.00 | $40.00 |
| TVA: NY STATE TAX | | | |

| Styled By You with 2 Accessories | | | $-4.98 |



| STYLED BY YOU EXP PET | | | |
| SKU: SBYPET | | | |
| UPC: 550402934095 | 1 | $0.00 | $0.00 |
| TVA: NY STATE TAX | | | |



CINDR BALL
GOWN ACCY-DY
D

SKU: HWP90-
9963

UPC:
194735218646

TVA: NY STATE
TAX

1   $60.00                $60.00



ARIEL BALL
GOWN ACCY-DY
D

SKU: HWP83-
9963

UPC:
194735218660

TVA: NY STATE
TAX

1   $60.00                $60.00



SUMMER DOG
CRESCENT-
SUM D

SKU: HYJ51-
BF1A

UPC:
194735248131

TVA: NY STATE
TAX

1   $42.00                $42.00



DOG LUZITA-RAQ D

SKU: JGM81-BF1A

UPC: 194735317943

TVA: NY STATE TAX

1   $42.00                $42.00

---



ORDINANCE BAG TAX

SKU: ECHOBAGNY05

UPC: 550402835354

TVA:

1   $0.05                 $0.05

---

ORDINANCE BAG TAX

SKU: ECHOBAGNY05

UPC: 550402835354

TVA:

1   $0.05                 $0.05

---

| | |
|---|---|
| Subtotal: | $953.10 |
| Discount: | $-74.00 |
| Transaction Discount: | $0.00 |
| Tax Total: | $78.03 |
| Tax Exempt | $0.00 |

| | |
|---|---|
| Shipping Fee: | $0.00 |
| Total: | $957.13 |

| | |
|---|---|
| Payment Method: | CreditCard amex 1008 |
| Amount Charged: | $957.13 |
| Refunded Amount: | $0.00 |
| Cash Tendered: | $0.00 |
| Cash Change: | $0.00 |



**PS01691143**

## Return Policy

We hope that you love your purchase from American Girl. If for any reason you don't, we'll try to find a way to make it right with an exchange, merchandise credit, or refund for purchases.

Visit our website at americangirl.com/returns for return policy details.

**Follow Us**

FACEBOOK    |    INSTAGRAM    |    PINTEREST    |    TWITTER    |    YOUTUBE

Copyright ©2023 American Girl.